**FILED**

Mar 04, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARCUS MOORE +42797
Name and Prisoner/Booking Number

California Health care Facility
Place of Confinement

P.o. Box 213040
Mailing Address

Stockton, CA 95213
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS J. MOORE
(Full Name of Plaintiff)           Plaintiff,

v.

(1) Correctional officer G. Espinoza,
(Full Name of Defendant)

(2) Correctional officer J. Moss

(3) Correctional officer H. Para

(4) Correctional officer Rivas

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. ___2:24-cv-0682 CKD (PC)___
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: _____.

2. Institution/city where violation occurred: _____.

## B. DEFENDANTS

1. Name of first Defendant: _G. Espinoza_. The first Defendant is employed as:
   _Correctional officer_ at _Richard J. Donovan Correctional Facility_
   (Position and Title) (Institution)

2. Name of second Defendant: _J. Moss_. The second Defendant is employed as:
   _Correction officer_ at _Richard J. Donovan Correctional Facility_.
   (Position and Title) (Institution)

3. Name of third Defendant: _H. Para_. The third Defendant is employed as:
   _Correction officer_ at _Richard J. Donovan Correctional Facility_.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _Rivas_. The fourth Defendant is employed as:
   _Correction officer_ at _Richard J. Donovan Correctional Facility_.
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _3_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Marcus J. Moore_ v. _R. Schlichting C/O_
      2. Court and case number: _U.S. District court case# 1:20-CV-01672-DAD-EPG_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed_.

   b. Second prior lawsuit:
      1. Parties: _Marcus J. Moore_ v. _Mendoza C/O_
      2. Court and case number: _U.S. District court case# 2:20-CV-1397_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Settlement_

   c. Third prior lawsuit:
      1. Parties: _Marcus J. Moore_ v. _Dodd_
      2. Court and case number: _U.S. District court 1:20-CV-01672-EPG_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

5. Name of 5th Defendant _____ Castro _____ , the 5th
Defendant is employed as: Correction Sergeant
at ___ Richard J. Donovan Correctional Facility

6. Name of 6th Defendant ___ Jhon Doe 1 ___ , the 6th Defendant is
employed as: Correction officer at Richard J. Donovan Correction
Facility

7. Name of 7th Defendant ___ Jhon Doe 2 ___ , the 7th Defendant is
employed as: Correction officer at Richard J. Donovan Correction
Facility

page 2 (A)

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: EIGHT HAMNENT OF the U.S. Constitutional CRight to be free from Cruel and ousual punishment.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☑ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON Friday september 15, 2023 officer G. Espinoza shot me in the back of my head with a Block Gun at point blank range I went out (knock out) I was gone for a few hours, then I wake up by haveing officers Pura, Moss, River puching and Kicking me in my Face, my head, my back, my midsection, my stomach, chokeing me were all three. Then officer G. Espinoza Joined and Started to beat me also hitting me in the same places, my head, my back, my midsection, my stomach, chokeing me Kicking me in my face, my back and all over my body, Corrections sergeant Castro then also Joined and was chokeing me also holding my neck and officer Pura was trying to shoot me in the neck with a needle and they were saying that it was Fentanyl, they kept saying that I was going to die, and that the "boss" wanted me dead, and for my head to be cut off. They stoped When other inmates started to kick on there door telling them to stop. I was then taken to the triage trearment area, were Jhondoe ① pured mechanical restraints around my neck and started to choke me, then Jhondoe ② took my legs and started to hit me on my side, both were saying that I'm going to be cut up and buried somewere, were No one will find me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Liver lesion, Head trauma, busted lip, black eye's, teeth Knockout, Contusions to my Facial, back pain, Neck pain, P.T.S.D., Skull Fracture, spinal Fracture subluxation ligamentous injury, leg pain.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Yes

b. Did you submit a request for administrative relief on Claim I?    ☑ Yes   ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?    ☑ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

**CLAIM II**

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
☐ Basic necessities            ☐ Mail            ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                      ☐ Yes   ☐ No
b.   Did you submit a request for administrative relief on Claim II?                      ☐ Yes   ☐ No
c.   Did you appeal your request for relief on Claim II to the highest level?         ☐ Yes   ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim III?     ☐ Yes   ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level?     ☐ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: *150,000*
*I'm asking for $~~150,000~~ In Compensatory damages, and $75,000*
*In Punitive damages*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___*2-19-24*___

DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.