Rob Bonta
Attorney General of California
Le-Mai D. Lyons
Supervising Deputy Attorney General
Rachel Fisher
Deputy Attorney General
State Bar No. 315621
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9094
  Fax: (619) 645-2581
  E-mail: Rachel.Fisher@doj.ca.gov
*Attorneys for Defendants*
*H. Parra, G. Espinoza, J. Moss, P. Castro*
*and F. Rivas*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS MOORE,**<br><br>                Plaintiff,<br><br>v.<br><br>**ESPINOZA, et al.,**<br><br>                Defendants. | 3:24-cv-00626-LL-BLM<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND REQUEST FOR JURY TRIAL**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:    The Honorable<br>                Barbara L. Major<br>Trial Date:<br>Action Filed:  3/28/2024 |

     Defendants H. Parra, G. Espinoza, J. Moss, P. Castro and F. Rivas (herein after "Defendants") answer the allegations in Plaintiff Marcus Moore's Complaint (ECF No. 1), filed March 4, 2024 as follows. Unless stated otherwise, all allegations are denied.

///

///

///

1

Defs.' Answer to Pl.'s Comp. (3:24-cv-00626 )

## JURISDICTION

1. Defendants admit this Court has jurisdiction over this claim pursuant to 28 U.S.C. §1343(a) and 42 U.S.C. § 1983.

## DEFENDANTS

2. Defendant Espinoza admits he was a correctional officer at Robert J. Donovan Correctional Facility during the time in question.

3. Defendant Moss admits he was a correctional officer at Robert J. Donovan Correctional Facility during the time in question.

4. Defendant Para admits he was a correctional officer at Robert J. Donovan Correctional Facility during the time in question.

5. Defendant Rivas admits he was a correctional officer at Robert J. Donovan Correctional Facility during the time in question.

6. Defendant Castro admits she was a correctional officer at Robert J. Donovan Correctional Facility during the time in question.

7. Defendant Jhon Doe 1 has not been identified, so not response is required.

8. Defendant Jhon Doe 2 has not been identified, so not response is required.

## CAUSE OF ACTION

**I. CLAIM I – EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT**

9. Defendants deny using excessive force on Plaintiff. Defendants deny violating Plaintiff's Constitutional rights. Defendants deny trying to shoot Plaintiff in the neck with a needle filled with Fentanyl. Defendants deny saying the 'boss' wanted him dead. Defendants deny threatening to cut off Plaintiff's head. Defendants deny telling Plaintiff they were going to cut him up and bury him somewhere no one would find him. As to the rest of Plaintiff's allegations, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore denies the allegations.

2

Defs.' Answer to Pl.'s Comp. (3:24-cv-00626 )

10. Defendants lack sufficient knowledge or information as to the existence of, nature, and extent of Plaintiff's alleged injuries, and therefore deny the allegations.

11. Defendants lack information and belief regarding whether Plaintiff exhausted his administrative remedies, and on that basis deny this allegation.

## REQUEST FOR RELIEF

12. Defendants deny Plaintiff is entitled to the requested relief, or any relief.

## AFFIRMATIVE DEFENSES

13. Defendants allege the following affirmative defenses, which apply to some or all of Plaintiff's claims. The affirmative defenses identified below are based on the facts and information currently known to Defendants. Defendants reserve the right to assert additional affirmative defenses as they are identified on the basis of information provided or discovered.

### First Affirmative Defense

### (Qualified Immunity)

14. At all times relevant to Plaintiff's Complaint, Defendants acted within the scope of discretion, with due care and good faith in fulfillment of their responsibilities pursuant to all applicable statutes, rules, regulations, and practices; within the bounds of reason under all circumstances known, and with the good-faith belief that their actions comported with all applicable federal and state law. Defendants are therefore entitled to qualified immunity and assert said immunity from liability.

### Second Affirmative Defense

### (Liability for Contributory Conduct)

15. Defendants assert they have performed all obligations to Plaintiff pursuant to any and all statutes or other law described in Plaintiff's Complaint, and any deficiencies in performance were caused by Plaintiff or other individuals or entities not named as defendants in Plaintiff's Complaint.

3

Defs.' Answer to Pl.'s Comp. (3:24-cv-00626 )

### Third Affirmative Defense

### (Res Judicata and Claim Preclusion)

16. Plaintiff's claims are barred by the doctrines of res judicata and issue preclusion.

### Fourth Affirmative Defense

### (Statute of Limitations)

17. Plaintiff's claims are barred by applicable statute of limitation.

### Fifth Affirmative Defense

### (Liability for Contributory Conduct)

18. Plaintiff's own conduct has contributed to his damages, if any.

### Sixth Affirmative Defense

### (Failure to Mitigate)

19. Plaintiff has failed to mitigate his damages, if any.

### Seventh Affirmative Defense

### (Failure to Exhaust)

20. Plaintiff has failed to exhaust available administrative remedies.

### DEFENDANTS' DEMAND FOR JURY TRIAL

21. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants demand this action be tried by and before a jury to the extent provided by law.

///
///
///
///
///
///
///
///
///

4

Defs.' Answer to Pl.'s Comp. (3:24-cv-00626 )

# DEFENDANTS' PRAYER FOR RELIEF

Defendants pray the Court provide the following relief:

1. Judgment be rendered in favor of Defendants and against Plaintiff;
2. Plaintiff take nothing by way of his Complaint;
3. Defendants be awarded costs of suit and attorney's fees; and
4. Defendants be awarded any other relief the Court deems proper.

Dated: September 17, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
LE-MAI D. LYONS
Supervising Deputy Attorney General

*/s/ Rachel Fisher*
RACHEL FISHER
Deputy Attorney General
*Attorneys for Defendants*
H. Parra, G. Espinoza, J. Moss, P. Castro and F. Rivas

SD2024303539

5

Defs.' Answer to Pl.'s Comp. (3:24-cv-00626 )

# CERTIFICATE OF SERVICE

| Case Name: | **Moore, Marcus (T42797) v. Espinoza, et al.** | No. | **3:24-cv-00626** |
|---|---|---|---|

I hereby certify that on <u>September 17, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND REQUEST FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 17, 2024</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Marcus J. Moore
CDCR T42797
California Health Care Facility - Stockton
P.O. Box 213040
Stockton, CA  95213

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 17, 2024, at San Diego, California.

| C. Krystof | /s/ C. Krystof |
|:---:|:---:|
| Declarant | Signature |

SD2024303539
84740390.docx