Case 3:24-CV-00626-LL-BLM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 2 6 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| MARCUS J. MOORE, | |
| Plaintiff, | 3:24-CV-00626 |
| V. | DECLARATION OF MARCUS J. MOORE. |
| ESPINOZA, et al., | |
| Defendants. | Judge: Hon. Barbara L. Major |
| | Trial Date: Not set |
| | Filed: 9-8-25 |

I, MARCUS J. MOORE declare:

I am the plaintiff in this case, proceeding pro se and in Forma Pauperis. I have been told that people here, that work for the Alameda County Jail have been lying to the court, to get this case put on hold with the hopes that I be murdered here, or get sent back to C.D.C.R to be murdered. Defendants' fear that, this might cost them in Jail, and one or more of the Defendants' have a family member

①

1  That works for the Alameda County SHERIFF's office, and also there're
2  Deputy's that are part of Blue lives matter. they have went
3  as Far, to telling inmates here (S.R.J.) that I have a $10,000 hit
4  out on my life and that they want me to get stabed in my
5  neck to make sure I die. these or facts and I have truned in many
6  Grievances about this. I have inmates who are willing to come to court,
7  and tell how they were told that if they kill me they would get
8  $10,000, the mental Health unit here is the only reason why nothing has
9  happened to me so far. I have been on intense observation log
10 (IOL) For almost a year Now, but even with that, they have still
11 tryed to put inmates in here (housing unit) to act on this Hit on
12 my life, but there's a video system here so they're being real carefull
13 and the good people that work here make sure I come out the cell
14 by myself for Rec. time. But as the Court knows that in any penal institution
15 inmates "litigate" 1983 civil suits all the time, the court will see that when
16 the court issued notice and order for the ENE, C.M.C (ECFN No. 20) The
17 D.A.G and the court were told that the Jail cannot accommodate
18 any videoconference or telephonic appearances. the court must know that
19 this is a lie, by law any penal intitution must have in place a way
20 for inmates to litigate civil suits and by doing this they should have a
21 Litigation coordinator, to make sure all court orders are able to
22 be taken care of. Also this New Deputy Attorney General has only sent
23 me one letter, and that's the letter letting me know that he is
24 the new D.A.G. on my case. I have sent him 3 letters so far
25 and one was showing him how to set up a video visit, so to
26 let the court know all you have to do is so to, "WWW.alamedaca.
27 gftlvisitme.com" also if you want to have a litisation phone call, you
28 have to call the Alameda County sheriff's office and let them know

(2)

1. what time the call is, give them the number I will be calling,
2. so that can put it in there data base to make sure that
3. number is loged as A Attorney number and it will be made to
4. be a Confidential Call. All this is why I ask the court to Appoint me
5. counsel and As the court see's all of my reasons is based on facts
6. and I don't think the Court Should over look those facts. I
7. even let the D.A.G. know that I'm willing to come to a settlement
8. in this matter, based on all the problems that it is bringing to my
9. life, and the fact that my life is in danger because of this.
10. My Next Court hearing on 10-16-25, is for a status conference. I
11. Also ask the court Not to stay this case, or in the Alternative Amend
12. the scheduling order, the court has giveing the Defendants' an extra 90-days
13. in the scheduling order already and I see No Facts that the Defendants'
14. Can bring to the court, to make the court order for this motion
15. to stand. Defendants' have been very untruthfull to the court and anymore
16. time, it's just the waste of the Court's time, and away to hold
17. up the case in hopes that I be murdered.

Respectfully sumitted,

/s/ M.

MARCUS J. MOORE
Plaintiff / IN Pro se

(3)

MARCUS J. MOORE BAA821
5325 Broder Blvd
Dublin, CA 94568

HONORABLE BARBARA LYNN MAJOR
U.S. MAGISTRATE JUDGE
333 West Broadway, Suite
San Diego, CA 92101





OAKLAND CA 945
13 SEP 2025 PM 6 L

RECEIVED
SEP 26 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

92101-380299

ANTA RITA
25 BRODER
JBLIN, CA