UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. MOORE,<br><br>          Plaintiff,<br><br>v.<br><br>G. ESPINOZA, et al.,<br><br>          Defendants. | Case No.: 24CV626-LL(BLM)<br><br>**ORDER REGULATING DISCOVERY** |

On October 27, 2025, the Court conducted a Case Management Conference to discuss the status of discovery and reset the remaining case management dates. Plaintiff Marcus Moore participated by telephone and defense counsel, Peter B. Nichols, participated via videoconference.

Based upon the discussions, the Court orders the following:

1) On or before **November 3, 2025**, Defendants will re-serve their written discovery responses and production of documents on Plaintiff. Mr. Moore indicated that he has not received the responses and defense counsel agreed to re-serve them.

2) On or before **November 24, 2025**, Defendants will search for any video footage of Mr. Moore's cell or Mr. Moore from 3:00 p.m. to 7:30 p.m. on September 15, 2023 and will serve a written discovery response identifying all video footage that exists. If video footage does not exist, Defendants will state that they conducted the required search and no such video exists. Defense counsel will work with Mr. Moore to provide any existing video footage to Mr. Moore in whatever manner is permitted by the institution in which Mr. Moore may be housed.

1

3) Defense counsel will work with Mr. Moore to coordinate the deposition of Mr. Moore. At the conclusion of the deposition, Mr. Nichols and Mr. Moore will discuss whether either party intends to hire an expert. Within **three (3) court dates** after Mr. Moore's deposition is completed, Mr. Nichols will file a notice stating that the deposition has been completed and advising the Court whether expert deadlines need to be set. The Court will then issue an order resetting the remaining case management dates.

**IT IS SO ORDERED**.

Dated: 10/28/2025

Hon. Barbara L. Major
United States Magistrate Judge