UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. MOORE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>G. ESPINOZA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 24CV626-LL(BLM)<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE** |

Plaintiff's deposition has not been completed. See ECF No. 39. Accordingly, the Court **vacates** the Mandatory Settlement Conference set for January 27, 2026 at 01:30 PM. The Court will reset the Mandatory Settlement Conference, along with the other dates, after Plaintiff's deposition is completed.

**IT IS SO ORDERED**.

Dated: 1/22/2026

Hon. Barbara L. Major
United States Magistrate Judge

1

24CV626-LL(BLM)